**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000653
21-APR-2022
08:00 AM
Dkt. 14 ODSD**

NO. CAAP-21-0000653

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JOHN HARRISON, Petitioner-Appellee, v.
OLGA HARRISON, Respondent-Appellant.

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-DA NO. 21-1-0521)

ORDER DISMISSING APPEAL
(By:  Ginoza, Chief Judge, Leonard and McCullen, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before January 14, 2022, and February 14, 2022, respectively;

(2) Self-represented Defendant-Appellant Olga Harrison (Appellant) failed to file either document, or request an extension of time;

(3) On February 15, 2022, the appellate clerk entered a default notice informing Appellant that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on February 25, 2022, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Appellant could request relief from default by motion; and

(4) Appellant has not taken any further action in this appeal since filing the notice of appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, April 21, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge